| | |
|---|---|
| 1 | Wendy L. Wilcox, Esq. (State Bar No. 193644) |
| | John G. Wilcoxson, Esq. (State Bar No. 98292) |
| 2 | Michelle S. Tamkin, Esq. (State Bar No. 158804) |
| | SKANE WILCOX LLP |
| 3 | 1055 W. 7th Street, Suite 1700 |
| 4 | Los Angeles, CA 90017 |
| 5 | Telephone: 213-452-1200 / Facsimile: 213-452-1201 |
| | wwilcox@skanewilcox.com / jwilcoxson@skanewilcox.com / |
| 6 | mtamkin@skanewilcox.com |
| 7 | Attorneys for Defendant FLUIDMASTER, INC. |

Steven H. Yuster, Esq. (State Bar No.188444)
KULUVA, ARMIJO & GARCIA
555 South Flower Street, Suite 600
Los Angeles, CA 90071
Telephone: (213) 612-5335/ Facsimile: (213) 612-5712
syuster@kuluva.com
Attorneys for Plaintiff FEDERAL INSURANCE COMPANY

Brendan B. Penney (State Bar No. 210919)
SELMAN BREITMAN LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025-6546
Telephone: 310.445.0800 / Facsimile: 310.473.2525
bpenney@selmanlaw.com
Attorneys for Defendants CHRONOMITE LABORATORIES, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, as subrogee of Robert Half International, Inc., <br><br> Plaintiffs, <br> v. <br><br> CHRONOMITE LABORATORIES, INC., a California Corporation; FLUIDMATER, INC., a California Corporation; and DOES 1 through 50, | CASE NO. **4**:20-cv-00743-HSG <br><br> **PARTIES' STIPULATION TO REMAND CASE TO STATE COURT**: <br> ORDER |

1 | inclusive,
2 |
3 | Defendants.

## STIPULATION OF THE PARTIES TO REMAND CASE TO STATE COURT

WHEREAS, on December 6, 2019, Plaintiffs FEDERAL INSURANCE COMPANY, as subrogee of Robert Half International, Inc. filed their Complaint for Damages in the Superior Court of the State of California, in and for that County of Alameda, Case No. RG19045343;

WHEREAS, on or about January 29, 2020, Defendant FLUIDMASTER, INC. filed in state court both an answer to Plaintiff's Complaint and a Cross-Complaint;

WHEREAS, on or about January 29, 2020, FLUIDMASTER, INC. filed in the United States District Court, the Northern District of California, Notice of Removal of Action under 28 U.S.C. § 1441(b) on the basis of diversity of Plaintiffs and Defendants, assigned Case No. 4:20-cv-00743- HSG.

WHEREAS, unless the parties stipulate to remand this case to state court, Plaintiff FEDERAL INSURANCE COMPANY and Defendant CHRONOMITE LABORATORIES, INC., have advised that, pursuant to 28 U.S.C. § 1447(c), they will file a Motion to remand because removal solely based upon diversity jurisdiction is defective and improper under 28 U.S.C. § 1441(b)(2);

WHEREAS, in exchange for FLUIDMASTER, INC.'S stipulation to remand, Plaintiff FEDERAL INSURANCE COMPANY and Defendant CHRONOMITE LABORATORIES, INC., will waive any monetary or other sanctions against FLUIDMASTER, INC.;

Therefore, the parties, Plaintiff FEDERAL INSURANCE COMPANY; Defendant CHRONOMITE LABORATORIES, INC., and Defendant FLUIDMASTER, INC., acting by and through their respective counsel of record, do

hereby stipulate to remand this case to the Superior Court of the State of California, in and for that County of Alameda, Case No. RG19045343.

DATED: March 12, 2020     SKANE WILCOX LLP

By: _____
Wendy L. Wilcox, Esq.
John G. Wilcoxson, Esq.
Attorneys for Defendant
FLUIDMASTER, INC.

DATED: March 23, 2020     KULUVA, ARMIJO & GARCIA

By: _____
Steven H. Yuster, Esq.
Attorneys for Plaintiff
FEDERAL INSURANCE COMPANY

DATED: March 24, 2020     SELMAN BREITMAN LLP

By: _____
Brendan B. Penney, Esq.
Attorneys for Defendants CHRONOMITE LABORATORIES, INC.

| | |
|---|---|
| 1 | |
| 2 | **~~(PROPOSED)~~ ORDER PURSUANT TO THE STIPULATION OF THE PARTIES TO REMAND UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA CASE 4:20-CV-00743-HSG TO THE SUPERIOR COURT OF CALIFORNIA IN AND FOR THE COUNTY OF ALAMEDA, CASE NO. RG19045343** |

Pursuant to the stipulation of the parties, by and through their respective counsel of record, it is hereby ordered that United States District Court, Northern District of California, and Case No. 4:20-cv-00743-HSG is hereby remanded to the Superior Court of California in and for the County of Alameda, Case No. RG19045343.

DATED: 4/7/2020

*Haywood S. Gilliam Jr.*
Judge of the United States District Court
Northern District of California